UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA EDWINS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 22cv1228-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br><br>**[ECF NO. 20]** |

　　　　On August 20, 2022, Plaintiff filed a complaint in this matter seeking judicial review of the denial of her application for "Social Security Disability Insurance benefits for lack of disability." ECF No. 1.

　　　　On May 10, 2023, the Court issued an Order Granting Plaintiff's Merits Brief and Remanding for Further Proceedings.  ECF No. 18.

　　　　On June 8, 2023, the parties filed a Joint Motion for Award Of Attorney's Fees Pursuant To The Equal Access To Justice Act (28 U.S.C. 2412(d)).  ECF No. 20.

　　　　The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment.  28 U.S.C. § 2412(d).  "A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal."  Akopyan v. Barnhart, 296 F.3d 852, 854 (9th

Cir. 2002). If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from. See Fed. R. App. 4(a)(1)(B). "A plaintiff who obtains a sentence four remand is considered a prevailing party for attorneys' fees." Akopyan, 296 F.3d at 854. Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Having considered the joint motion and finding the stipulated amount of fees and expenses reasonable, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff attorney's fees in the total amount of $7,500.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920, subject to the terms of the parties' joint motion [see ECF No. 20]. Fees will be made payable to Donna Edwins, but if the Department of the Treasury determines that Donna Edwins does not owe a federal debt, then the government will cause the payment of fees, expenses, and costs to be made directly to Martha Yancey, Yancey Law, PC, 1902 Wright Pl. 2nd Floor, Carlsbad, CA 92008, pursuant to the assignment executed by Donna Edwins [see ECF No. 20-1]. Any payments will be delivered to Martha Yancey.

**IT IS SO ORDERED**.

Dated: 6/12/2023

Hon. Barbara L. Major
United States Magistrate Judge